**Robert Lee YOUNG, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 29020.

Court of Criminal Appeals of Texas.

May 8, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Forgery is the offense, with punishment assessed at confinement in the penitentiary for two years.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

**Floyd DRAKE**

v.

**STATE.**

No. 29055.

Court of Criminal Appeals of Texas.

May 8, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for robbery with firearms; the punishment, 25 years in the penitentiary.

Accompanying the record is appellant's affidavit to dismiss the appeal.

Accordingly, the request is granted and the appeal is dismissed.